IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 4:10CV1348 |
| | ) | |
| Plaintiff, | ) | JUDGE LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| 715/721 WOODLAND | ) | |
| WARREN, OHIO, Permanent Parcel | ) | |
| Nos. 38-005850, 38-217850, | ) | |
| and 38-862959 | ) | |
| | ) | GOVERNMENT'S MOTION |
| Defendants. | ) | TO DISMISS |

Now comes Plaintiff, the United States of America, and moves this Court, pursuant to Fed. R. Civ. P. 41(a)(2), to dismiss this forfeiture action.

The subject matter of this case has been disposed of in Criminal Case No. 4:10CR274.

                                                 Respectfully submitted,

                                                 STEVEN M. DETTELBACH
                                                 United States Attorney

                                   By:  /s/ Herbert J. Villa
                                                 Herbert J. Villa
                                                 Assistant U.S. Attorney
                                                 Reg. No. 0010682
                                                 4th Floor, U.S. Courthouse
                                                 801 West Superior Avenue
                                                 Cleveland, OH 44113
                                                 Tel: (216) 622-3735
                                                 Fax: (216) 522-7499
                                                 herbert.villa@usdoj.gov

SO ORDERED this __13th__ day of __April__, 2012.

                                                 _____
                                                 SARA LIOI
                                                 UNITED STATES DISTRICT JUDGE